IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENENTECH, INC. and CITY OF HOPE, <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> PFIZER INC., <br><br> Defendant and Counterclaim Plaintiff. | C.A. No. 19-638-CFC |
| PFIZER INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> HOFFMANN-LA ROCHE, INC., <br><br> Counterclaim Defendant. | |

## JOINT STIPULATION OF DISMISSAL

This stipulation is made by and between Plaintiffs Genentech, Inc. and City of Hope (collectively, "Plaintiffs"), Defendant Pfizer Inc. ("Defendant"), and Counterclaim Defendant Hoffmann-La Roche, Inc. (all collectively, "the Parties").

WHEREAS, Plaintiffs and Defendant have asserted various claims and counterclaims in the above-captioned case; and

WHEREAS, the Parties have entered into a settlement agreement, and mutually agree to voluntarily dismiss all claims and counterclaims asserted in the above-captioned case without prejudice;

NOW THEREFORE IT IS HEREBY JOINTLY STIPULATED by the Parties that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all claims, counterclaims, and demands asserted in the above-captioned case are hereby dismissed without prejudice; and

ME1 31482277v.1

2. Each party will bear its own attorneys' fees and costs with respect to the above-captioned case.

ME1 31482277v.1

Dated: September 19, 2019

Respectfully submitted,

| | |
|---|---|
| MCCARTER & ENGLISH LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| /s/ Daniel M. Silver<br>Michael P. Kelly (# 2295)<br>Daniel M. Silver (# 4758)<br>Alexandra M. Joyce (# 6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Tel.: (302) 984-6300<br>Fax: (302) 984-6399<br>mkelly@mccarter.com<br>dsilver@mccarter.com<br>ajoyce@mccarter.com | /s/ Dominick T. Gattuso<br>Dominick T. Gattuso (# 3630)<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE 19801<br>Tel.: (302) 472-7300<br>dgattuso@hegh.law |
| *Attorneys for Plaintiffs/Counterclaim Defendants Genentech, Inc. and City of Hope and Counterclaim Defendant Hoffmann-La Roche, Inc.* | *Attorneys for Defendant Pfizer Inc.* |

McCarter & English LLP column continued:

OF COUNSEL

Christopher N. Sipes
Megan P. Keane
Philip S. May
Allison A. Schmitt
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

Alexa R. Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street
San Francisco, CA 94105
(415) 591-6000

Andrew Regan
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4700

OF COUNSEL:

Thomas J. Meloro
Michael W. Johnson
Dan Constantinescu
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

Mary Swears
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000

*Attorneys for Plaintiff/Counterclaim Defendant Genentech, Inc. and Counterclaim Defendant Hoffmann-La Roche, Inc.*

OF COUNSEL:

Daralyn J. Durie
Adam R. Brausa
Eric C. Wiener
Eneda Hoxha
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

*Attorneys for Plaintiffs/Counterclaim Defendants Genentech, Inc. and City of Hope and Counterclaim Defendant Hoffmann-La Roche, Inc.*

SO ORDERED: 9.20.19

_____
United States District Judge